## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | |
| GREGORY DWAYNE SCOTT, ) | Case No. 17-16886 TBM |
| CONSTANCE LORRAINE SCOTT, ) | Chapter 13 |
| Debtors. ) | |

### NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS

PLEASE TAKE NOTICE, that effective March 1, 2019, the law firm of Buechler & Garber, LLC has change its firm name and email address as set forth below:

BUECHLER LAW OFFICE, L.L.C.
999 18th Street, Suite 1230 S
Denver, CO 80202

Kenneth J. Buechler's Email Address is changed as follows: ken@kjblawoffice.com

The telephone number and fax numbers will remain the same.

DATED this 4th day of March, 2019              Respectfully submitted,
                                               BUECHLER LAW OFFICE, L.L.C.

                                               */s/ Kenneth J. Buechler*

                                               _____
                                               Kenneth J. Buechler, #30906
                                               999 18th Street, Suite 1230 S
                                               Denver, Colorado 80202
                                               720-381-0045 / 720-381-0382 FAX
                                               ken@kjblawoffice.com

-1-

## CERTIFICATE OF SERVICE

      I certify that on March 4, 2019, I served a complete copy of **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Via U.S. Mail:

Gregory D. Scott
Constance L. Scott
5417 S 5.4 Road
Alamosa, CO  81101

Via CM/ECF:

| Anthony R. Cross | Douglas B. Keil |
| --- | --- |
| U.S. Trustee | |

                                                */s/ Sharon E. Fox*
                                                _____
                                                For Buechler Law Office, L.L.C.