UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                              CASE NO. 17-16886-TBM
SCOTT, GREGORY DWAYNE

SCOTT, CONSTANCE LORRAINE                       CHAPTER 13

            DEBTOR(S)

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The Standing Chapter 13 Trustee moves to dismiss the case based on the following:

1. The Debtor(s) failed to make the payments required by the Plan.

    A. The Plan and/or current modified Plan requires the Debtor(s) to pay the current sum of $1,834.00 per month.

    B. The total paid into the Plan through March 28, 2019 is $24,097.00, the last payment having been received by the Trustee on December 31, 2018.

    C. Payment of $5,803.00 is required to be current through March 28, 2019.

2. The Debtor(s) failure to comply with the requirements for relief under Chapter 13, Title 11, United States Code is prejudicial to creditors.

    WHEREFORE, the Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307.


Dated: March 28, 2019                                        By: /s/ Karen Perse
                                                                  Karen Perse
                                                                   *for* DOUGLAS B. KIEL, CHAPTER 13 TRUSTEE
                                                                   7100 E BELLEVIEW AVE SUITE 300
                                                                   GREENWOOD VILLAGE, CO  80111
                                                                   (720) 398-4444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                                                  CASE NO. 17-16886-TBM
SCOTT, GREGORY DWAYNE

SCOTT, CONSTANCE LORRAINE                      CHAPTER 13

              DEBTOR(S)

## NOTICE OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

## OBJECTION DEADLINE: <u>April 18, 2019</u>

YOU ARE HEREBY NOTIFIED that Douglas B. Kiel, Chapter 13 Trustee, has filed a Chapter 13 Trustee's Motion to Dismiss with the bankruptcy court and requests the following relief:

<u>Trustee seeks dismissal of the Chapter 13 case due to non-payment.</u>

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: March 28, 2019                                        By: <u>/s/ Karen Perse</u>
                                                                                                          Karen Perse
                                                                                          *for* DOUGLAS B. KIEL, CHAPTER 13 TRUSTEE
                                                                                          7100 E BELLEVIEW AVE SUITE 300
                                                                                          GREENWOOD VILLAGE, CO  80111
                                                                                          (720) 398-4444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:     CASE NO. 17-16886-TBM
SCOTT, GREGORY DWAYNE

SCOTT, CONSTANCE LORRAINE     CHAPTER 13

DEBTOR(S)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Chapter 13 Trustee's Motion to Dismiss , and Notice of Chapter 13 Trustee's Motion to Dismiss was placed in the U.S. Mail, postage pre-paid, on March 28, 2019.

| | |
|---|---|
| BUECHLER & GARBER LLC<br>KENNETH J BUECHLER ESQ<br>999 18TH STREET SUITE 1230-S<br>DENVER, CO  80202 | COMENITY CAPITAL BANK/PAYPAL CREDIT<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 |
| GREGORY DWAYNE SCOTT<br>CONSTANCE LORRAINE SCOTT<br>5417 S 5.4 RD<br>ALAMOSA, CO  81101 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PRA RECEIVABLES MANAGEMENT<br>LLC/AGENT<br>PO BOX 12914<br>NORFOLK, VA  23541 |
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | |

Notice by Electronic Transmission was sent to the following persons/parties:

THE CROSS LAW FIRM

DATED: March 28, 2019              /s/ Janice LeGros
                                                        Janice LeGros